IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES E. WALKER | ) | |
| Movant, | ) | |
| v. | ) | Case No. 12-03410-CV-S-ODS-P |
| | ) | Crim. No. 09-03093-01-CR-S-ODS |
| UNITED STATES OF AMERICA | ) | |
| Respondent. | ) | |

## ORDER DENYING MOTION FOR RECONSIDERATION

On December 6, 2012, the Court entered an Order denying Movant's Motion for Postconviction Relief and denying a Certificate of Appealability. (Doc. # 10). Pending is Movant's Motion for Reconsideration (Doc. # 14). Movant contends that a certificate of appealability should have been allowed on certain issues and that he was entitled to a hearing on the issues. Movant has failed to show reconsideration is warranted, and his motion is denied. *Arnold v. ADT Sec. Services, Inc.*, 627 F.3d 716, 721 (8th Cir. 2010) ("Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence.").

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: January 28, 2013     UNITED STATES DISTRICT COURT